JOSEPH LUPARELLI, ADMINISTRATOR, ETC., ET AL., APPELLANTS, v. UNITED STATES FIRE INSURANCE COMPANY, RESPONDENT.

Argued May 21, 1937—Decided September 22, 1937.

For the appellants, *Joseph T. Lieblich.*

For the respondent, *Arthur T. Vanderbilt.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, DEAR, WOLFSKEIL, RAFFERTY, COLE, JJ. 10.

*For reversal*—LLOYD, J. 1.